# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA, et al., <br><br> Plaintiffs <br><br> v. <br><br> Affinitylifestyles.com, Inc. d/b/a Real Water, et al., <br><br> Defendants | Case No. 2:25-cv-00399-RFB-EJY |
| Evanston Insurance Company, <br><br> Plaintiff <br><br> v. <br><br> Affinitylifestyles.com, Inc. d/b/a Real Water, et al., <br><br> Defendants | Case No. 2:25-cv-00670-CDS-DJA <br><br> **Order Reassigning Cases** |

Interested party and plaintiff Evanston Insurance Company filed a notice of related cases[1] requesting that *National Union Fire Ins. Co., et al. v. Affinitylifestyles.com, Inc. et al.*, Case No. 2:25-cv-00399-RFB-EJY be reassigned to the district judge presiding over the related interpleader matters: *National Union Fire Ins. Co. v. Affinitylifestyles.com, Inc. et al.*, Case No. 2:25-cv-00083-CDS-EJY and *Evanston Insurance Company, et al. v. Affinitylifestyles.com, Inc. d/b/a Real Water, et al.*, Case No. 2:25-cv-00670-CDS-DJA. Notice, ECF No. 140.

In the notice, Evanston Insurance argues that (1) all three actions involve nearly the same defendants who assert identical claims, (2) the actions stem from the same underlying events,

---

[1] Evanston Insurance properly filed a notice of related cases in each action. *See* ECF No. 134 in Case No. 2:25-cv-00083-CDS-EJY and ECF No. 5 in Case No. 2:25-cv-00670-CDS-DJA.

and (3) all three actions involve similar questions of fact and the same or similar questions of law. *Id.* at 2–4.

Under Local Rule 42-1(a), an action is considered related to another action when:

(1) Both actions involve the same parties and are based on the same or similar claim;

(2) Both actions involved the same property, transaction, or event; [or]

(3) Both actions involve similar questions of fact and the same question of law, and their assignment to the same district judge or magistrate judge is likely to effect a substantial savings of judicial effort[.]

LR 42-1(a).

Given that the actions involve the same or similar parties and predicate facts, and that the plaintiffs in all three actions seek to interplead insurance proceeds to resolve underlying tort claimants' bodily injury claims against Real Water, they are sufficiently related to justify assignment to a single district judge under Rule 42-1. The district judges agree that assignment to a single judge would foster more efficient proceedings, result in substantial savings of judicial resources, and avoid duplication of labor. We also find that the same reasoning applies to the assignment of the magistrate judge.

## Conclusion

For those reasons, the Clerk of Court is kindly ordered to reassign Case No. 2:25-cv-00399 to District Judge Cristina D. Silva and Case No. 2:25-cv-00670 to Magistrate Judge Elayna J. Youchah.

Dated: May 15, 2025

_____  
Richard F. Boulware II  
United States District Judge

_____  
Cristina D. Silva  
United States District Judge

_____  
Elayna J. Youchah  
United States Magistrate Judge

2