JEFFREY N. LABOVITCH (NBN 10915)
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4225 Executive Square, Suite 1250
La Jolla, CA 92037
Telephone:     (858) 257-0700
Facsimile:     (858) 257-0701

JUSTIN J. BUSTOS (NBN 10320)
JBustos@dickinsonwright.com
DICKINSON WRIGHT PLLC
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Telephone:     (775) 343-7500
Facsimile:     (844) 670-6009

*Designated solely for personal service pursuant to District of Nevada LR IA 11-1(b)*

Attorneys for Plaintiff
EVANSTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, a company organized under the laws of the State of Illinois,<br><br>           Plaintiff,<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation et al.,<br><br>           Defendants. | Case No.: 2:25-cv-00670-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO DEPOSIT FUNDS INTO COURT REGISTRY (ECF NO. 6)**<br><br>**(FIRST REQUEST)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, **IT IS HEREBY STIPULATED AND AGREED** between Certain Defendants,[1] by and through their counsel of record, and Plaintiff Evanston Insurance Company ("Plaintiff") that Plaintiff shall have additional time to file its Reply In Support of Application for Leave to Deposit Funds Into Court Registry ("Reply"). Accordingly, Certain Defendants and Plaintiff (collectively, the "Parties") hereby stipulate, agree and respectfully request that the Court extend the deadline to file the Reply to June 3, 2025, and state as follows:

Plaintiff filed its Complaint in Interpleader on April 14, 2025. (ECF No. 1.)

Plaintiff filed its Application for Leave to Deposit Funds Into Court Registry ("Application") on April 28, 2025. (ECF No. 6.)

On May 20, 2025, Certain Defendants filed their Opposition to the Application ("Opposition to the Application"). (ECF No. 85.)

Pursuant to Local Rule 7-2(b), the current deadline for Plaintiff to file its Reply in support of the Application is May 27, 2025.

On May 20, 2025, Certain Defendants also filed a Motion to Dismiss Plaintiff's Complaint in Interpleader, or, in the Alternative, Motion to Stay ("Motion to Dismiss"). (ECF No. 85.)

Plaintiff's Opposition to the Motion to Dismiss is currently due to be filed on June 3, 2025.

///

---

[1] "Certain Defendants" refers to: Yvonne Arnone; Andria Bordenave; Monica Branch-Noto; Pamela Brown; Niegal Davis-Richard; Vanya Diaz; Kathleen Gacias; Matthew Gonzalez; Tevis Hurst, individually and as Administratrix of the Estate of Milo Hurst; Yaniv Ittah, as Special Administrator of the Estate of Adir Ittah; Kourosh Kaveh; L. Kaveh, a minor child, by and through her parents Kourosh Kaveh and Jill Raw; Ginger Land-Van Buuren; Vincent Linke; Cary Mano; Jose Martinez; Gray Maynard; Karla Moreno; Lorenzo Muniz; Cheryl Nally; Jill Raw; Candice Sharapov; Nikolay Sharapov; L. Sharapov, a minor child, by and through his parents Nikolay and Candice Sharapov; Z. Sharapov, a minor child, by and through his parents Nikolay and Candice Sharapov; Carolyn Strong; Li Ching Tao; Daniel Taylor; Joseph Tegano; Monica Vozza; Steven Wadkins; Daisy Wei; Sante Williams; L.O. Williams, a minor child, by and through her mother Sante Williams; L.Y. Williams, a minor child, by and through her mother Sante Williams; Brandi Wren; Christopher Brian Wren; Emely Wren; and C.N. Wren, a minor child, by and through his Guardians Ad Litem, Christopher Brian and Emely Wren.

Because there is overlap between the arguments raised in Certain Defendants' Opposition to the Application and those raised in Certain Defendants' Motion to Dismiss, the Parties agree that good cause exists to extend Plaintiff's deadline to file the Reply in Support of its Application to the same date as the deadline to file an opposition to the Motion to Dismiss, i.e., June 3, 2025.

Accordingly, the Parties agree and respectfully request that the Court enter an order extending the deadline to file the Reply in Support of Plaintiff's Application.

The Parties request that the Court enter an order establishing **June 3, 2025** as the new deadline for Plaintiff to file its Reply in Support of Plaintiff's Application.

This is the first stipulation for an extension of time for Plaintiff's Reply.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 27th day of May 2025.

| | |
|---|---|
| NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP | KEMP JONES, LLP |
| /s/ Jeffrey N. Labovitch<br>JEFFREY N. LABOVITCH<br>NV Bar No. 10915<br>4225 Executive Square, Suite 1250<br>La Jolla, CA 92037<br><br>*Attorney for Plaintiff*<br>*Evanston Insurance Company* | /s/ Eric Pepperman<br>WILL KEMP<br>NV Bar No. 1205<br>ERIC PEPPERMAN<br>NV Bar No. 11679<br>BREANNA SWITZLER<br>NV Bar No. 15653<br>3800 Howard Hughes Parkway, 17TH Floor<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendants*<br>*Yvonne Arnone; Andria Bordenave; Monica Branch-Noto; Pamela Brown; Niegal Davis-Richard; Vanya Diaz; Kathleen Gacias; Matthew Gonzalez; Tevis Hurst, individually and as Administratrix of the Estate of Milo Hurst; Yaniv Ittah, as Special Administrator of the Estate of Adir Ittah; Kourosh Kaveh; L. Kaveh, a minor child, by and through her parents* |

*Kourosh Kaveh and Jill Raw; Ginger Land-Van Buuren; Vincent Linke; Cary Mano; Jose Martinez; Gray Maynard; Karla Moreno; Lorenzo Muniz; Cheryl Nally; Jill Raw; Candice Sharapov; Nikolay Sharapov; L. Sharapov, a minor child, by and through his parents Nikolay and Candice Sharapov; Z. Sharapov, a minor child, by and through his parents Nikolay and Candice Sharapov; Carolyn Strong; Li Ching Tao; Daniel Taylor; Joseph Tegano; Monica Vozza; Steven Wadkins; Daisy Wei; Sante Williams; L.O. Williams, a minor child, by and through her mother Sante Williams; L.Y. Williams, a minor child, by and through her mother Sante Williams; Brandi Wren; Christopher Brian Wren; Emely Wren; and C.N. Wren, a minor child, by and through his Guardians Ad Litem, Christopher Brian and Emely Wren*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

Dated: May 27, 2025