1  Jeffrey R. Hall (9573)
   Christina M. Alexander (9360)
2  HUTCHISON & STEFFEN, PLLC
   Peccole Professional Park
3  10080 West Alta Drive, Suite 200
4  Las Vegas, NV 89145
   Tel:  (702) 385-2500
5  Fax:  (702) 385-2086
   jhall@hutchlegal.com
6  calexander@hutchlegal.com

7  *Attorneys for KeHE Distributors of Nevada, LLC
   And KeHe Distributors, Inc.*
8

9

10              **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12

| | |
|---|---|
| 13  EVANSTON INSURANCE COMPANY, a company organized under the laws of the State of Illinois, | CASE NO. 2:25-cv-00670-CDS-EJY |
| 15              Plaintiff, | **JOINT MOTION AND ORDER TO EXTEND THE DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT** |
| 16  v s . | |
| 17 | **(First Request)** |
| 18  AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation; REAL WATER, INC., a Delaware Corporation; REAL WATER OF TENNESSEE, LLC; COSTCO WHOLESALE CORPORATION, a Washington corporation; KEHE DISTRIBUTORS, INC.; KEHE DISTRIBUTORS OF NEVADA, LLC, a Delaware limited liability company; NEVADA BEVERAGE CO., a Nevada corporation; BRYAN ABELE, individually; SANDRA ABELE, individually; T.A., a minor child, by and through his parents, BRYAN and SANDRA ABELE; ALLON ADAR-BURLA, individually; AGNES ALEKSANDER, individually; PETER ANTHONY ARAMBULA, individually; | |

- 1 -

| | |
|---|---|
| 1 | YVONNE ARNONE, individually; |
| | YLVIA ATANSOVA, individually; |
| 2 | RICHARD BELSKY, individually; |
| 3 | KRISTINA A. ALLAN, formerly KRISTINA A. BIENEK, individually; |
| 4 | STEPHAN BONNAR, individually; |
| | ANDRIA BORDENAVE, individually; |
| 5 | JEREME BOTIZ, individually; |
| | CATHERINE BRITTON, individually; |
| 6 | MIRIAM BRODY, individually; HUNTER |
| 7 | BROWN, individually; PAMELA BROWN, individually; SARAH |
| 8 | CALLOVI, individually; ARIKA CARRIER, individually; RYAN |
| 9 | CARRIER, individually; H.C., a minor child, by and through her parents ARIKA |
| 10 | and RYAN CARRIER; F.C., a minor child, |
| 11 | by and through his parents ARIKA and RYAN CARRIER; NICOLE CHANG, |
| 12 | individually; CRYSTAL CHOBAK, individually; JENNA CONSIGLIO, |
| 13 | individually; NIEGAL DAVIS-RICHARD, individually; JAMES J. |
| 14 | DELMAR, individually; VANYA DIAZ, |
| 15 | individually; TYLER DIELMANN, individually; KATHLEEN GACIAS, |
| 16 | individually; MATTHEW GONZALEZ, individually; TINA HARTSHORN, |
| 17 | individually; TIQUIONTE HENRY, individually; JUAN DWAYNE HIGH, |
| 18 | individually; JAMES HU, individually; |
| 19 | MYLES HUNWARDSEN, individually; ESTATE OF MILO HURST; TEVIS |
| 20 | HURST, individually and as Administratrix of the ESTATE OF MILO HURST; |
| 21 | YANIV ITTAH, as Special Administrator |
| 22 | of the ESTATE OF ADIR ITTAH (DECEDENT); BLAIN JONES, |
| 23 | individually; CINDY JONES, individually; LORRAINE A. KALAYANAPRAPRUIT, |
| 24 | individually; KOUROSH KAVEH, |
| 25 | individually; JILL RAW, individually; L.K., a minor child, by and through her |
| 26 | parents KOUROSH KAVEH and JILL RAW; LISA KING, individually; JOHN |
| 27 | KURHANEWICZ, individually; SHELBY |
| 28 | KURHANEWICZ, individually; GINGER LAND-VAN BUREN, individually; |

- 2 -

| | |
|---|---|
| 1 | VINCENT LINKE, individually; CARY MANO, individually; JOSE MARTINEZ, individually; GRAY MAYNARD, individually; ROBERT L. MCGOVERN, individually; RUDY MORALES, individually; JORGE MORALES, individually; S.M., a minor child, by and through his father, JORGE MORALES; KARLA MORENO, individually; CHRISTIAN MORIMANDO, individually; GLEN MORRIS, individually; LORENZO MUNIZ, individually; CHERYL NALLY, individually; MONICA BRANCH NOTO, individually; ABRAHAM ENRIQUE OLVERA, individually; BRENDA ALANIZ, as Guardian Ad Litem for ABRAHAM ENRIQUE OLVERA; BRUCE PARENT, individually; ANDREA PROKOVA, individually; CHERI RASMUSSEN, individually; JESCE RICHT, individually; JUDITH RYERSON, as Special Administratix of the ESTATE OF KATHLEEN RYERSON and as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); RICHARD RYERSON, as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); PATRICIA SUTHERLAND, as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); JAZMIN SCHAFFER, individually; CANDICE SHARAPOV, individually; NIKOLAY SHARAPOV, individually; L.S., a minor child, by and through his parents CANDICE and NIKOLAY SHARAPOV; Z.S., a minor child, by and through her parents CANDICE and NIKOLAY SHARAPOV; CHRISTINA SOSA, individually; CAROLYN STRONG, individually; LI CHING TAO, individually; DANIEL TAYLOR, individually; JOSEPH TEGANO, individually; NATHAN VINCELETTE, individually; MONICA VOZZA, individually; STEVEN WADKINS, individually; DAISY WEI, individually; SANTEE WILLIAMS, individually; L.Y.W., a minor child by and through her mother SANTEE WILLIAMS; L.O.W., a | |

- 3 -

| | |
|---|---|
| minor child by and through her mother SANTEE WILLIAMS; BRANDY WREN, individually; CHRISTOPHER BRIAN WREN, individually; EMELY WREN, individually; C.N.W., a minor child by and through his Guardian Ad Litems CHRISTOPHER BRIAN and EMELY WREN; GRACIE ZIMMERMAN, individually, and DOES 1 through 100, inclusive, <br>                              Defendants. | |

Pursuant to Local Rules IA 6-1 and 6-2, Defendants, KeHE Distributors of Nevada, LLC ("KDN"), and KeHE Distributors, Inc. ("KDI"), (collectively "Defendants") and Evanston Insurance Company ("Plaintiff"), through undersigned counsel hereby jointly move and agree as that Defendants shall have additional time to file their answer to the Complaint in Interpleader (ECF No. 1) (the "Complaint") up to and including fourteen (14) days after entry of an order denying the Motion to Dismiss filed by certain personal injury plaintiffs (ECF No. 84) currently pending before this Court.   The Complaint was filed on April 14, 2025 and served upon Defendants on May 8, 2025.  The current responsive pleading deadline is May 29, 2025.

This joint motion is made in good faith and not for purposes of delay.  This interpleader involves numerous defendants and service is still being completed on some defendants.  Certain personal injury plaintiffs' Motion to Dismiss was filed on May 20, 2025 and is pending before this Court.  In the related case *National Union Fire Insurance Company of Pittsburg, PA v. Affinitylifestyles.com, Inc., et al*, case no. 2:25-cv-00083-CDS-EJY, the Court issued its Minute Order staying discovery in the matter pending resolution of a similar motion to dismiss filed by certain personal injury plaintiffs (ECF No. 153). Accordingly, in the interests of economy, the parties hereto agree to extend the responsive pleading deadline for Defendants to answer the Complaint up to and including fourteen (14) days after entry of an order denying the Motion to Dismiss filed by

certain personal injury plaintiffs (ECF No. 84) currently pending before this Court.

This is the first motion for extension of time to file a responsive pleading.

| Dated this 3rd day of June, 2025.<br>**HUTCHISON & STEFFEN, PLLC** | Dated this 3rd day of June, 2025.<br>**NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP** |
|---|---|
| */s/ Jeffrey R. Hall*<br>_____<br>Jeffrey R. Hall (9572)<br>Christina M. Alexander (9360)<br>10080 W. Alta Drive, Suite 200<br>Las Vegas, Nevada 89145<br><br>*Attorneys for*<br>*KeHE Distributors of Nevada, LLC and*<br>*KeHE Distributors, Inc.* | */s/ Jeffrey N. Labovitch*<br>_____<br>Jeffrey N. Labovitch (NBN 10915)<br>4225 Executive Square, Suite 1250<br>La Jolla, CA 92037<br>--and—<br><br>Justin J. Bustos (NBN 10320)<br>Dickinson Wright PLLC<br>100 West Liberty Street, Suite 940<br>Reno, NV 89501-1991<br><br>*Attorneys for Plaintiff*<br>*Evanston Insurance Company* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 4, 2025