Jeffrey R. Hall (9573)
Christina M. Alexander (9360)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
jhall@hutchlegal.com
calexander@hutchlegal.com

*Attorneys for KeHE Distributors of Nevada, LLC
And KeHe Distributors, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, a company organized under the laws of the State of Illinois,<br><br>Plaintiff,<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation; REAL WATER, INC., a Delaware Corporation; REAL WATER OF TENNESSEE, LLC; COSTCO WHOLESALE CORPORATION, a Washington corporation; KEHE DISTRIBUTORS, INC.; KEHE DISTRIBUTORS OF NEVADA, LLC, a Delaware limited liability company; NEVADA BEVERAGE CO., a Nevada corporation; BRYAN ABELE, individually; SANDRA ABELE, individually; T.A., a minor child, by and through his parents, BRYAN and SANDRA ABELE; ALLON ADAR-BURLA, individually; AGNES ALEKSANDER, individually; PETER ANTHONY ARAMBULA, individually; YVONNE ARNONE, individually; YLVIA ATANSOVA, individually; RICHARD BELSKY, individually; KRISTINA A. | CASE NO. 2:25-cv-00670-CDS- EJY<br><br>**JOINT MOTION AND ORDER TO EXTEND THE DEADLINE TO OPPOSE PLAINTFF-IN-INTERPLEADER EVANSTON INSURANCE COMPANY'S APPLICATION FOR LEAVE TO DEPOSIT FUNDS INTO COURT REGISTRY**<br><br>**(First Request)** |

ALLAN, formerly KRISTINA A. BIENEK, individually; STEPHAN BONNAR, individually; ANDRIA BORDENAVE, individually; JEREME BOTIZ, individually; CATHERINE BRITTON, individually; MIRIAM BRODY, individually; HUNTER BROWN, individually; PAMELA BROWN, individually; SARAH CALLOVI, individually; ARIKA CARRIER, individually; RYAN CARRIER, individually; H.C., a minor child, by and through her parents ARIKA and RYAN CARRIER; F.C., a minor child, by and through his parents ARIKA and RYAN CARRIER; NICOLE CHANG, individually; CRYSTAL CHOBAK, individually; JENNA CONSIGLIO, individually; NIEGAL DAVIS-RICHARD, individually; JAMES J. DELMAR, individually; VANYA DIAZ, individually; TYLER DIELMANN, individually; KATHLEEN GACIAS, individually; MATTHEW GONZALEZ, individually; TINA HARTSHORN, individually; TIQUIONTE HENRY, individually; JUAN DWAYNE HIGH, individually; JAMES HU, individually; MYLES HUNWARDSEN, individually; ESTATE OF MILO HURST; TEVIS HURST, individually and as Administratrix of the ESTATE OF MILO HURST; YANIV ITTAH, as Special Administrator of the ESTATE OF ADIR ITTAH (DECEDENT); BLAIN JONES, individually; CINDY JONES, individually; LORRAINE A. KALAYANAPRAPRUIT, individually; KOUROSH KAVEH, individually; JILL RAW, individually; L.K., a minor child, by and through her parents KOUROSH KAVEH and JILL RAW; LISA KING, individually; JOHN KURHANEWICZ, individually; SHELBY KURHANEWICZ, individually; GINGER LAND-VAN BUREN, individually; VINCENT LINKE, individually; CARY MANO, individually; JOSE MARTINEZ, individually; GRAY MAYNARD, individually; ROBERT L. MCGOVERN, individually; RUDY MORALES, individually; JORGE MORALES, individually; S.M., a minor child, by and through his father, JORGE MORALES; KARLA MORENO, individually; CHRISTIAN

| | |
|---|---|
| 1 | MORIMANDO, individually; GLEN MORRIS, individually; LORENZO MUNIZ, individually; CHERYL NALLY, individually; MONICA BRANCH NOTO, individually; ABRAHAM ENRIQUE OLVERA, individually; BRENDA ALANIZ, as Guardian Ad Litem for ABRAHAM ENRIQUE OLVERA; BRUCE PARENT, individually; ANDREA PROKOVA, individually; CHERI RASMUSSEN, individually; JESCE RICHT, individually; JUDITH RYERSON, as Special Administratix of the ESTATE OF KATHLEEN RYERSON and as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); RICHARD RYERSON, as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); PATRICIA SUTHERLAND, as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); JAZMIN SCHAFFER, individually; CANDICE SHARAPOV, individually; NIKOLAY SHARAPOV, individually; L.S., a minor child, by and through his parents CANDICE and NIKOLAY SHARAPOV; Z.S., a minor child, by and through her parents CANDICE and NIKOLAY SHARAPOV; CHRISTINA SOSA, individually; CAROLYN STRONG, individually; LI CHING TAO, individually; DANIEL TAYLOR, individually; JOSEPH TEGANO, individually; NATHAN VINCELETTE, individually; MONICA VOZZA, individually; STEVEN WADKINS, individually; DAISY WEI, individually; SANTEE WILLIAMS, individually; L.Y.W., a minor child by and through her mother SANTEE WILLIAMS; L.O.W., a minor child by and through her mother SANTEE WILLIAMS; BRANDY WREN, individually; CHRISTOPHER BRIAN WREN, individually; EMELY WREN, individually; C.N.W., a minor child by and through his Guardian Ad Litems CHRISTOPHER BRIAN and EMELY WREN; GRACIE ZIMMERMAN, individually, and DOES 1 through 100, inclusive,<br><br>Defendants. | |

Pursuant to Local Rules IA 6-1 and 6-2, Defendants, KeHE Distributors of Nevada, LLC ("KDN"), and KeHE Distributors, Inc. ("KDI"), (collectively "Defendants") and Evanston Insurance Company ("Plaintiff"), through undersigned counsel hereby jointly move and agree as that Defendants shall have additional time to file an opposition to Plaintiff's Application for Leave to Deposit Funds into Court Registry (ECF No. 6) (the "Application") up to and including June 6, 2025. The Application was filed and served on April 28, 2025. The current opposition deadline passed on May 12, 2025.

Under LR IA 6-1, "A request made after the expiration of the specified period will not be granted unless the movant or attorney demonstrates that the failure to file the motion before the deadline expired was the result of excusable neglect." There have been multiple related cases filed in federal court relating to insurance funds and Affinitylifestyles.com, Inc. d/b/a Real Water, including motions to deposit these funds with the Court. *See, e.g.,* Case No.: 2:25-cv-00399-RFB-BNW at ECF No. 8. While Defendants have opposed motions to deposit in other cases, (*see* Case No.: 2:25-cv-00399-RFB-BNW at ECF No. 117), Defendants inadvertently neglected to meet the deadline to oppose the Application in this case. Defendants have been working on responding to the complaint, which has not yet been served on all parties.

This joint motion is made in good faith and not for purposes of delay. This interpleader involves numerous defendants and service is still being completed on some defendants. The Court recently granted an extension for Plaintiff to file a reply in support of its Application, so no parties will be prejudiced by this extension. Accordingly, in the interests of economy, the parties hereto agree to extend the deadline to oppose the Application to June 6, 2025.

1  This is the first motion for extension of time to file this opposition.

3  Dated this 3rd day of June, 2025.  Dated this 3rd day of June, 2025.
   **HUTCHISON & STEFFEN, PLLC**   **NICOLAIDES FINK THORPE**
4                                   **MICHAELIDES SULLIVAN LLP**

5  */s/ Jeffrey R. Hall*           */s/ Jeffrey N. Labovitch*

   _____   _____
6  Jeffrey R. Hall (9572)           Jeffrey N. Labovitch (NBN 10915)
   Christina M. Alexander (9360)    4225 Executive Square, Suite 1250
7  10080 W. Alta Drive, Suite 200   La Jolla, CA  92037
   Las Vegas, Nevada 89145
8                                   --a n d—

9  *Attorneys for*
   *KeHE Distributors of Nevada, LLC and*   Justin J. Bustos (NBN 10320)
   *KeHE Distributors, Inc.*                Dickinson Wright PLLC
10                                          100 West Liberty Street, Suite 940
                                            Reno, NV 89501-1991
11
                                   *Attorneys for Plaintiff*
12                                 *Evanston Insurance Company*

15  **IT IS SO ORDERED.**

18  _____
19  UNITED STATES MAGISTRATE JUDGE

20  DATED:  June 4, 2025