**STEVEN M. BURRIS, ESQ.**
Nevada Bar No. 000603
sb@steveburrislaw.com
**BURRIS & THOMAS, LLC**
2810 W. Charleston Boulevard, Suite F-58
Las Vegas, Nevada 89102
(702) 258-6238 - Telephone
(702) 258-8280 - Facsimile
*Attorneys for Defendant*
*Crystal Chobak*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, a company organized under the laws of the State of Illinois, <br><br> Plaintiff, <br><br> vs. <br><br> AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation; REAL WATER, INC., a Delaware Corporation; REAL WATER OF TENNESSEE, LLC; COSTCO WHOLESALE CORPORATION, a Washington corporation; KEHE DISTRIBUTORS, INC.; KEHE DISTRIBUTORS OF NEVADA, LLC, a Delaware limited liability company; NEVADA BEVERAGE CO., a Nevada corporation; BRYAN ABLE, individually; SANDRA ABLE, individually; T.A., a minor child, by and through his parents, BRYAN and SANDRA ABELE; ALLON ADAR-BURLA, individually; AGNES ALEKSANDER, individually; PETER ANTHONY ARAMBULA, individually; YVONNE ARNONE, individually; SYLVIA ATANSOVA, individually; RICHARD BELSKY, individually; KRISTINA A. ALLAN, formerly KRISTINA A. BIENEK, individually; | Case No.: 2:25-cv-00670-CDS-EJY <br><br> **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CRYSTAL CHOBAK TO RESPOND TO EVANSTON INSURANCE COMPANY'S COMPLAINT IN INTERPLEADER** <br><br> Complaint Served: 05/07/2025 <br> Response Date: 05/28/2025 <br> New Response Date: 06/27/2025 <br><br> (First Request) |

1

**BURRIS & THOMAS, LLC**
*LAW OFFICES*
2810 W. Charleston Blvd. Suite F-58
Las Vegas, Nevada 89102

| | |
|---|---|
| 1 | STEPHAN BONNAR, individually; ) |
| 2 | ANDRIA BORDENAVE, individually; ) JEREME BOTIZ, individually; ) |
| 3 | CATHERINE BRITTON, ) individually; MIRIAM BRODY, ) |
| 4 | individually; HUNTER BROWN, ) individually; PAMELA BROWN, ) |
| 5 | individually; SARAH CALLOVI, ) individually; ARIKA CARRIER, ) |
| 6 | individually; RYAN CARRIER, ) |
| 7 | individually; H.C., a minor child, by and ) through her parents ARIKA and RYAN ) |
| 8 | CARRIER; F.C., a minor child, by and ) through his parents ARIKA and RYAN ) |
| 9 | CARRIER; NICOLE CHANG, ) individually; CRYSTAL CHOBAK, ) |
| 10 | individually; JENNA CONSIGLIO, ) |
| 11 | individually; NIEGAL DAVIS- ) RICHARD, individually; JAMES J. ) |
| 12 | DELMAR, individually; VANYA DIAZ, ) individually; TYLER DIELMANN, ) |
| 13 | individually; KA TH LEEN GACIAS, ) |
| 14 | individually; MATTHEW GONZALEZ, ) individually; TINA HARTSHORN, ) |
| 15 | individually; TIQUIONTE HENRY, ) individually; JUAN DWAYNE HIGH, ) |
| 16 | individually; JAMES HU, individually; ) |
| 17 | MYLES HUNWARDSEN, individually; ) ESTATE OF MILO HURST; TEVIS ) |
| 18 | HURST, individually and as ) Administratrix of the ESTATE OF ) |
| 19 | MILO HURST; YANIV ITTAH, as ) |
| 20 | Special Administrator of the ESTATE OF ) ADIR ITTAH (DECEDENT); BLAIN ) |
| 21 | JONES, individually; CINDY JONES, ) individually; LORRAINE A ) |
| 22 | KALAYANAPRAPRUIT, individually; ) |
| 23 | KOUROSH KAVEH, individually; JILL ) RAW, individually; L.K., a minor child, by ) |
| 24 | and through her parents KOUROSH ) KAVEH and JILL RAW; LISA KING, ) |
| 25 | individually; JOHN KURHANEWICZ, ) |
| 26 | individually; SHELBY KURHANEWICZ, ) individually; GINGER LAND-VAN ) |
| 27 | BUREN, individually; VINCENT LINKE, ) |
| 28 | individually; CARY MANO, ) |

2

BURRIS & THOMAS, LLC
*LAW OFFICES*
2810 W. Charleston Blvd. Suite F-58
Las Vegas, Nevada 89102

| | |
|---|---|
| 1 | individually; JOSE MARTINEZ, ) |
| | individually; GRAY MAYNARD, ) |
| 2 | individually; ROBERT L. MCGOVERN, ) |
| | individually; RUDY MORALES, ) |
| 3 | individually; JORGE MORALES, ) |
| | individually; S.M., a minor child, by and ) |
| 4 | through his father JORGE MORALES; ) |
| 5 | KARLA MORENO, individually; ) |
| | CHRISTIAN MORIMANDO, ) |
| 6 | individually; GLEN MORRIS, ) |
| 7 | individually; LORENZO MUNIZ, ) |
| | individually; CHERYL NALLY, ) |
| 8 | individually; MONICA BRANCH NOTO, ) |
| | individually; ABRAHAM ENRIQUE ) |
| 9 | OLVERA, individually; BRENDA ) |
| 10 | ALANIZ, as Guardian Ad Litem for ) |
| | ABRAHAM ENRIQUE OLVERA; ) |
| 11 | BRUCE PARENT, individually; ) |
| | ANDREA PROKOVA, individually; ) |
| 12 | CHERI RASMSSEN, individually; JESCE ) |
| 13 | RICHT, individually; JUDITH ) |
| | RYERSON, as Special Administratrix of ) |
| 14 | the estate of KATHLEEN RYERSON and ) |
| | as heir of KATHLEEN MUSTAIN ) |
| 15 | RYERSON (DECEDENT); RICHARD ) |
| 16 | RYERSON, as heir of KATHLEEN ) |
| | MUSTAIN RYERSON (DECEDENT); ) |
| 17 | PATRICIA SUTHERLAND, as heir of ) |
| 18 | KATHLEEN MUSTAIN RYERSON ) |
| | (DECEDENT); JAZMIN SCHAFFER, ) |
| 19 | individually; CANDICE SHARAPOV, ) |
| | individually; NIKOLAY SHARAPOV, ) |
| 20 | individually; L.S., a minor child, by and ) |
| 21 | through her parents CANDICE and ) |
| | NIKOLAY SHARAPOV; CHRISTINA ) |
| 22 | SOSA, individually; CAROLYN ) |
| 23 | STRONG, individually; LI CHING TAO, ) |
| | individually; DANIEL TAYLOR, ) |
| 24 | individually; JOSEPH TEGANO, ) |
| | individually; NATHAN VINCELETTE, ) |
| 25 | individually; MONICA VOZZA, ) |
| 26 | individually; STEVEN WADKINS, ) |
| | individually; DAISY WEI, individually; ) |
| 27 | SANTEE WILLIAMS; L.Y.W., a minor ) |
| | child by and through her mother SANTEE ) |
| 28 | WILLIAMS; L.O.W., a minor child by and ) |

3

| | |
|---|---|
| through her mother SANTEE WILLIAMS; ) <br> BRANDY WREN, individually; ) <br> CHRISTOPHER WREN, individually; ) <br> EMELY WREN, individually; C.N.W., a ) <br> minor child by and through his Guardian ) <br> Ad Litems CHRISTOPHER BRIAN and ) <br> EMELY WREN; GRACIE ZIMMEMAN, ) <br> individually, and DOES 1 through 100, ) <br> inclusive, ) <br>             ) <br>             Defendants.              ) | |

Plaintiff-in-Interpleader EVANSTON INSURANCE COMPANY and Defendant CRYSTAL CHOBAK, by and through their attorneys of record, hereby stipulate and agree and therefore move for an order as follows:

WHEREAS, EVANSTON INSURANCE COMPANY filed a Complaint in Interpleader in this matter on April 14, 2025;

WHEREAS, EVANSTON INSURANCE COMPANY served the Complaint in Interpleader on CRYSTAL CHOBAK on May 7, 2025, triggering the responsive pleading deadline of May 28, 2025;

WHEREAS, EVANSTON INSURANCE COMPANY and CRYSTAL CHOBAK have agreed to extend the deadline for CRYSTAL CHOBAK to respond to the Complaint in Interpleader until June 27, 2025;

WHEREAS, this is the first stipulation for extension of time to respond to the Complaint in Interpleader;

NOW, THEREFORE, EVANSTON INSURANCE COMPANY and CRYSTAL CHOBAK stipulate and agree to the following:

1. The deadline for CRYSTAL CHOBAK to respond to EVANSTON INSURANCE COMPANY's Complaint in Interpleader is extended until June 27, 2025.

EVANSTON INSURANCE COMPANY and CRYSTAL CHOBAK respectfully request that the Court enter an Order in accordance with the foregoing:

**IT IS SO STIPULATED**

DATED: this 5th day of June, 2025.

**NICOLAIDES FINK THORPE**
**MICHAELIDES SULLIVAN LLP**

By: /s/ *Jeffrey N. Labovitch, Esq.*
_____
**JEFFREY N. LABOVITCH, ESQ.**
Nevada Bar No. 10915
4225 Executive Square, Suite 1250
La Jolla, California 92037
*Attorneys for Plaintiff*
*Evanston Insurance Company*

DATED this 5th day of June, 2025.

**BURRIS & THOMAS**

By: /s/ *Steven M. Burris, Esq.*
**STEVEN M. BURRIS, ESQ.**
Nevada Bar No. 000603
sb@steveburrislaw.com
2810 W. Charleston Boulevard, Suite F-58
Las Vegas, Nevada 89102
*Attorneys for Defendant Crystal Chobak*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 6, 2025

5