JEFFREY N. LABOVITCH (NBN 10915)
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4225 Executive Square, Suite 1250
La Jolla, CA 92037
Telephone: (858) 257-0700
Facsimile: (858) 257-0701

JUSTIN J. BUSTOS (NBN 10320)
JBustos@dickinsonwright.com
DICKINSON WRIGHT PLLC
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Telephone: (775) 343-7500
Facsimile: (844) 670-6009

*Designated solely for personal service pursuant to District of Nevada LR IA 11-1(b)*

Attorneys for Plaintiff
EVANSTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, a company organized under the laws of the State of Illinois,<br><br>                    Plaintiff,<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation et al.,<br><br>                    Defendants. | Case No.: 2:25-cv-00670-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**<br><br>**(SECOND REQUEST)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff Evanston Insurance Company ("Evanston" or "Plaintiff"), through undersigned counsel, hereby stipulate and agree as follows:

Plaintiff filed its Complaint in Interpleader on April 14, 2025. ECF No. 1.

Among other parties named as defendants to the Complaint, Plaintiff named Nevada Beverage Company ("NBC" or "Defendant") which it caused to be served with a copy of the Summons and Complaint via personal service on May 6, 2025.

The current deadline for Defendant to respond to Plaintiff's Complaint which was initially extended for 30 days by stipulation is June 26, 2025.

On May 22, 2025, counsel for both Evanston and NBC agreed to a 30-day extension of time for NBC to respond to Evanston's Interpleader Complaint. At that time, a first stipulated request for a 30-day extension of time was submitted and entered as an order of this Court. [ECF No. 92.]

The parties continue to discuss a proposed disclaimer of interest from NBC which would result in a stipulation of dismissal of NBC from this action. A further extension of 30 days is needed to enable the parties to finalize their ongoing negotiations over the proposed course of action. It would therefore be in the parties' best interest to continue their discussions concerning this matter without the immediate deadline of NBC's response to the Interpleader Complaint.

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); see also Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Good cause exists here because counsel has been diligent in coordinating with each other, requesting the information necessary to respond to Plaintiff's allegations, and investigating the possibility of a dismissal. Additional time is needed for counsel to finalize their negotiations.

///

Accordingly, the parties, through undersigned counsel, submit this stipulation to a further 30-day extension from June 26, 2025, to July 28, 2025, for Defendant NBC to file a response to the Interpleader Complaint. This is the second request for an extension of time.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 26th day of June 2025.

| TIFFANY & BOSCO P.A. | NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP |
|---|---|
| /s/ Krista J. Nielson <br> KRISTA J. NIELSON <br> Nevada Bar No. 10698 <br> 10100 W. Charleston Blvd., Suite 220 <br> Las Vegas, NV 89135 <br> *Attorney for Defendant* <br> NEVADA BEVERAGE CO. | /s/ Jeffrey N. Labovitch <br> JEFFREY N. LABOVITCH <br> Nevada Bar No. 10915 <br> 4225 Executive Square, Suite 1250 <br> La Jolla, CA 92037 <br> *Attorney for Plaintiff* <br> EVANSTON INSURANCE COMPANY |

**IT IS SO ORDERED:**

United States Magistrate Judge

Dated: June 26, 2025