TIFFANY & BOSCO P.A.
KRISTA J. NIELSON
Nevada Bar No. 10698
10100 W. Charleston Blvd., Suite 220
Las Vegas, NV 89135
Telephone:  702.258.8200
Facsimile:  702.258.8787
knielson@tblaw.com

Attorneys for Defendant Nevada Beverage Co.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, a company organized under the laws of the State of Illinois,<br><br>Plaintiff<br><br>v.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation, et al.,<br><br>Defendants | CASE NO. 2:25-cv-00670-CDS-EJY<br><br>**STIPULATION TO DISMISS DEFENDANT NEVADA BEVERAGE CO.** |

Plaintiff Evanston Insurance Company ("Plaintiff") and Defendant Nevada Beverage Co. ("NBC") hereby stipulate that NBC disclaims any claim for proceeds from the policy issued by Plaintiff to Real Water, Inc. relating to the lawsuits involving allegations of bodily injuries resulting from the consumption of Re²al Alkalized Water, that NBC disclaims any interest in the interpled funds which are the subject of this case, and that NBC shall be dismissed from this case with prejudice.

/ / /

/ / /

/ / /

/ / /

1  Each party shall bear their own attorneys' fees and costs.

2  DATED this __ day of July, 2025.

| TIFFANY & BOSCO P.A. | NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP |
|---|---|
| */s/ Krista J. Nielson*<br>KRISTA J. NIELSON<br>Nevada Bar No. 10698<br>10100 W. Charleston Blvd., Suite 220<br>Las Vegas, NV 89135<br>*Attorneys for NEVADA BEVERAGE CO.* | */s/ Jeffrey N. Labovitch*<br>JEFFREY N. LABOVITCH<br>Nevada Bar No. 10915<br>4225 Executive Square, Suite 1250<br>La Jolla, CA 92037<br>*Attorneys for Plaintiff* |

## **ORDER**

Based on the parties' stipulation, Nevada Beverage Co. is is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to terminate this defendant.

_____
UNITED STATES DISTRICT JUDGE
Case No. 2:25-cv-00670-CDS-DJA

DATED: July 29, 2025

-2-