JEFFREY N. LABOVITCH (NBN 10915)
jlabovitch@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4225 Executive Square, Suite 1250
La Jolla, CA 92037
Telephone:   (858) 257-0700
Facsimile:   (858) 257-0701

JUSTIN J. BUSTOS (NBN 10320)
JBustos@dickinsonwright.com
DICKINSON WRIGHT PLLC
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Telephone:   (775) 343-7500
Facsimile:   (844) 670-6009

*Designated solely for personal service pursuant to District of Nevada LR IA 11-1(b)*

Attorneys for Plaintiff
EVANSTON INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, a company organized under the laws of the State of Illinois,<br><br>    Plaintiff<br><br>v.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation, et al.,<br><br>    Defendants | Case No.: 2:25-cv-00670-CDS-EJY<br><br>**Order Approving STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE ON DEBTOR DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12 AND 21 [ECF NO. 182]**<br><br>[ECF No. 184] |

Plaintiff Evanston Insurance Company ("Evanston") and Ryan A. Andersen, Chapter 7 Trustee ("Trustee") for the estates of Affinitylifestyles.com, Inc., Real Water, Inc., and Real Water of Tennessee, LLC ("Debtor Defendants"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on March 6, 2026, Trustee filed in the above-captioned case Debtor Defendants' Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12 and 21 ("Motion to Dismiss") (ECF No. 182);

WHEREAS, the Court has ordered that Evanston's Response to the Motion to Dismiss is due by March 20, 2026 (ECF No. 182);

WHEREAS, on March 9, 2026, the Parties by and through their respective counsel indicated a mutual intent to meet and confer regarding the Trustee's positions and whether a resolution to this dispute is possible;

WHEREAS, the Parties have agreed to an initial meet and confer conference on March 16, 2026;

WHEREAS, to provide further opportunity to resolve this matter without undue time and expense of the Court and the Parties, the Parties request that the date for Evanston's Response to the Motion to Dismiss, as set forth in docket entry 182 be continued for 14 days from March 20, 2026 until April 3, 2026 ("Continued Response Deadline"); and

WHEREAS, the Parties further request that the date for the Trustee's Reply to the Motion to Dismiss and any hearing date for the Motion to Dismiss, if any, similarly be continued to accommodate Evanston's Continued Response Deadline.

NOW, THEREFORE, EVANSTON and the TRUSTEE stipulate and agree to the following: (1) The deadline for Evanston to respond to Debtor Defendants' Motion to Dismiss Complaint is extended until **April 3, 2026**; and (2) All other corresponding dates be similarly continued to accommodate the Continued Response Deadline.

EVANSTON and TRUSTEE respectfully request that the Court enter an Order in accordance with the foregoing:

**IT IS SO STIPULATED.**

Dated: March 11, 2026　　　　　　　　　　NICOLAIDES FINK THORPE
　　　　　　　　　　　　　　　　　　　　　　MICHAELIDES SULLIVAN LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ Jeffrey N. Labovitch*
　　　　　　　　　　　　　　　　　　　　　　Jeffrey N. Labovitch
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　EVANSTON INSURANCE COMPANY

Dated: March 11, 2026　　　　　　　　　　BANKRUPTCY RECOVERY GROUP, LLC

　　　　　　　　　　　　　　　　　　　　By: */s/ Dylan Ciciliano*
　　　　　　　　　　　　　　　　　　　　　　Dylan Ciciliano
　　　　　　　　　　　　　　　　　　　　　　Attorneys for
　　　　　　　　　　　　　　　　　　　　　　Ryan A. Andersen, Chapter 7 Trustee for the
　　　　　　　　　　　　　　　　　　　　　　estates of Affinitylifestyles.com, Inc.,
　　　　　　　　　　　　　　　　　　　　　　Real Water, Inc., and Real Water of Tennessee,
　　　　　　　　　　　　　　　　　　　　　　LLC

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: March 11, 2026