JEFFREY N. LABOVITCH (NBN 10915)
jlabovitch@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4225 Executive Square, Suite 1250
La Jolla, CA 92037
Telephone:      (858) 257-0700
Facsimile:      (858) 257-0701

JUSTIN J. BUSTOS (NBN 10320)
JBustos@dickinsonwright.com
DICKINSON WRIGHT PLLC
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Telephone:      (775) 343-7500
Facsimile:      (844) 670-6009

*Designated solely for personal service
pursuant to District of Nevada LR IA 11-1(b)*

Attorneys for Plaintiff
EVANSTON INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, a company organized under the laws of the State of Illinois,<br><br>        Plaintiff<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation et al.,<br><br>        Defendants | Case No.: 2:25-cv-00670-CDS-EJY<br><br>**Order Approving STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEBTOR DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>**(Second Request)**<br><br>[ECF No. 188] |

Plaintiff Evanston Insurance Company ("Evanston") and Ryan A. Andersen, Chapter 7 Trustee ("Trustee") for the estates of Affinitylifestyles.com, Inc., Real Water, Inc., and Real Water of Tennessee, LLC ("Debtor Defendants"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on March 6, 2026, Trustee filed in the above-captioned case Debtor Defendants' Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12 and 21 ("Motion to Dismiss") (ECF No. 182);

WHEREAS, on March 16, 2026, the Parties by and through their respective counsel met and conferred regarding the Trustee's positions and whether a resolution to this dispute is possible;

WHEREAS, pursuant to stipulated order, the Court extended the date for Evanston's Response to the Motion to Dismiss to April 3, 2026 (ECF No. 185);

WHEREAS, the Parties are continuing to meet and confer in an effort to resolve this dispute;

WHEREAS, the Parties' efforts to resolve this dispute was delayed by the fact that one of Evanston's counsel involved in the meet and confer efforts had to attend to a personal family emergency over the past few weeks;

WHEREAS, to provide further opportunity to resolve this matter without undue time and expense of the Court and the Parties, the Parties request a second extension of the date for Evanston's Response to the Motion to Dismiss, as set forth in docket entry 185, until April 24, 2026 ("Continued Response Deadline"); and

WHEREAS, the Parties further request that the date for the Trustee's Reply to the Motion to Dismiss and any hearing date for the Motion to Dismiss, if any, similarly be continued to accommodate Evanston's Continued Response Deadline.

NOW, THEREFORE, EVANSTON and the TRUSTEE stipulate and agree to the following: (1) The deadline for Evanston to respond to Debtor Defendants' Motion to Dismiss Complaint is further extended until **April 24, 2026**; and (2) All other corresponding dates be similarly continued to accommodate the Continued Response Deadline.

1

EVANSTON and TRUSTEE respectfully request that the Court enter an Order in accordance with the foregoing:

**IT IS SO STIPULATED.**

Dated: March 31, 2026

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP

By:___*/s/ Jeffrey N. Labovitch*_____
        Jeffrey N. Labovitch
Attorney for Plaintiff
EVANSTON INSURANCE COMPANY

Dated: March 31, 2026

BANKRUPTCY RECOVERY GROUP, LLC

By:___*/s/ Talitha Gray Kozlowski*_____
        Talitha Gray Kozlowski
Attorneys for
Ryan A. Andersen, Chapter 7 Trustee for the
estates of Affinitylifestyles.com, Inc.,
Real Water, Inc., and Real Water of Tennessee,
LLC

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: April 2, 2026