JEFFREY N. LABOVITCH (NBN 10915)
jlabovitch@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4225 Executive Square, Suite 1250
La Jolla, CA 92037
Telephone:      (858) 257-0700
Facsimile:      (858) 257-0701

JUSTIN J. BUSTOS (NBN 10320)
JBustos@dickinsonwright.com
DICKINSON WRIGHT PLLC
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Telephone:      (775) 343-7500
Facsimile:      (844) 670-6009

*Designated solely for personal service
pursuant to District of Nevada LR IA 11-1(b)*

Attorneys for Plaintiff
EVANSTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, a company organized under the laws of the State of Illinois,<br><br>Plaintiff<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation et al.,<br><br>Defendants | Case No.: 2:25-cv-00670-CDS-EJY<br><br>**Order Approving STIPULATION TO EXTEND BRIEFING SCHEDULE  ON DEBTOR DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12 AND 21 [ECF NO. 182]**<br><br>**(Third Request)**<br><br>[ECF No.  196] |

Plaintiff Evanston Insurance Company ("Evanston") and Ryan A. Andersen, Chapter 7 Trustee ("Trustee") for the estates of Affinitylifestyles.com, Inc., Real Water, Inc., and Real Water of Tennessee, LLC ("Debtor Defendants"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on March 6, 2026, Trustee filed in the above-captioned case Debtor Defendants' Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12 and 21 ("Motion to Dismiss") (ECF No. 182);

WHEREAS, on March 16, 2026, the Parties by and through their respective counsel met and conferred regarding the Trustee's positions and whether a resolution to this dispute is possible;

WHEREAS, pursuant to stipulated order, the Court extended the date for Evanston's Response to the Motion to Dismiss to April 3, 2026 (ECF No. 185);

WHEREAS, pursuant to the Parties' second request, the Court granted a further extension until April 24, 2026 for Evanston's Response to the Motion to Dismiss (ECF No. 189);

WHEREAS, the Parties are continuing to meet and confer in an effort to resolve this dispute and are making significant progress toward reaching an agreement regarding the Motion to Dismiss;

WHEREAS, to provide sufficient opportunity to complete the current negotiations without undue time and expense of the Court and the Parties, the Parties request a third extension of the date for Evanston's Response to the Motion to Dismiss, as set forth in docket entry 189, until May 8, 2026 ("Continued Response Deadline"); and

WHEREAS, the Parties further request that the date for the Trustee's Reply to the Motion to Dismiss and any hearing date for the Motion to Dismiss, if any, similarly be continued to accommodate Evanston's Continued Response Deadline.

NOW, THEREFORE, EVANSTON and the TRUSTEE stipulate and agree to the following: (1) The deadline for Evanston to respond to Debtor Defendants' Motion to Dismiss

Complaint is further extended until **May 8, 2026**; and (2) All other corresponding dates be similarly continued to accommodate the Continued Response Deadline.

EVANSTON and TRUSTEE respectfully request that the Court enter an Order in accordance with the foregoing:

**IT IS SO STIPULATED.**

Dated:  April 23, 2026                              NICOLAIDES FINK THORPE
                                                    MICHAELIDES SULLIVAN LLP

                                                    By:____/s/ Jeffrey N. Labovitch_____
                                                           Jeffrey N. Labovitch
                                                    Attorney for Plaintiff
                                                    EVANSTON INSURANCE COMPANY


Dated:  April 23, 2026                              BANKRUPTCY RECOVERY GROUP, LLC

                                                    By:____/s/ Talitha Gray Kozlowski_____
                                                           Talitha Gray Kozlowski
                                                    Attorneys for
                                                    Ryan A. Andersen, Chapter 7 Trustee for the
                                                    estates of Affinitylifestyles.com, Inc.,
                                                    Real Water, Inc., and Real Water of Tennessee,
                                                    LLC




                                                    **IT IS SO ORDERED.**



                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

                                                    Dated:  April 23, 2026_____