WILL KEMP, ESQ., NV Bar No. 1205
c.pola@kempjones.com
ERIC PEPPERMAN, ESQ., NV Bar No. 11679
e.pepperman@kempjones.com
BREANNA SWITZLER, ESQ., NV Bar No. 15653
b.switzler@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
 (702) 385-6000
*Attorneys for Claimants*

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, a company organized under the laws of the State of Illinois,<br><br>Plaintiff,<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation; REAL WATER, INC., a Delaware Corporation; REAL WATER OF TENNESSEE, LLC; COSTCO WHOLESALE CORPORATION, a Washington corporation; KEHE DISTRIBUTORS, INC.; KEHE DISTRIBUTORS OF NEVADA, LLC, a Delaware limited liability company; NEVADA BEVERAGE CO., a Nevada corporation; BRYAN ABELE, individually; SANDRA ABELE, individually; T.A., a minor child, by and through his parents, BRYAN and SANDRA ABELE; ALLON ADAR-BURLA, individually; AGNES ALEKSANDER, individually; PETER ANTHONY ARAMBULA, individually; YVONNE ARNONE, individually; SYLVIA ATANSOVA, individually; RICHARD BELSKY, individually; KRISTINA A. ALLAN, formerly KRISTINA A. BIENEK, individually; STEPHAN BONNAR, individually; ANDRIA BORDENAVE, individually; JEREME BOTIZ, individually; CATHERINE BRITTON, individually; MIRIAM BRODY, individually; HUNTER BROWN, individually; PAMELA BROWN, individually; SARAH CALLOVI, | Case No.: 2:25-cv-00670-CDS-EJY<br><br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON EVANSTON INSURANCE COMPANY'S MOTION PURSUANT TO FED. R. CIV. P. 52(b), 59(e) AND/OR 60 TO AMEND OR GRANT RELIEF FROM COURT ORDER DENYING IN PART THE DEFENDANTS' MOTIONS TO DISMISS AND GRANTING ALTERNATIVE RELIEF TO STAY THE CASE [ECF 193]**<br><br>**(First Request)** |

1

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

individually; ARIKA CARRIER, individually; RYAN CARRIER, individually; H.C., a minor child, by and through her parents ARIKA and RYAN CARRIER; F.C., a minor child, by and through his parents ARIKA and RYAN CARRIER; NICOLE CHANG, individually; CRYSTAL CHOBAK, individually; JENNA CONSIGLIO, individually; NIEGAL DAVISRICHARD, individually; JAMES J. DELMAR, individually; VANYA DIAZ, individually; TYLER DIELMANN, individually; KATHLEEN GACIAS, individually; MATTHEW GONZALEZ, individually; TINA HARTSHORN, individually; TIQUIONTE HENRY, individually; JUAN DWAYNE HIGH, individually; JAMES HU, individually; MYLES HUNWARDSEN, individually; ESTATE OF MILO HURST; TEVIS HURST, individually and as Administratrix of the ESTATE OF MILO HURST; YANIV ITTAH, as Special Administrator of the ESTATE OF ADIR ITTAH (DECEDENT); BLAIN JONES, individually; CINDY JONES, individually; LORRAINE A. KALAYANAPRAPRUIT, individually; KOUROSH KAVEH, individually; JILL RAW, individually; L.K., a minor child, by and through her parents KOUROSH KAVEH and JILL RAW; LISA KING, individually; JOHN KURHANEWICZ, individually; SHELBY KURHANEWICZ, individually; GINGER LAND-VAN BUREN, individually; VINCENT LINKE, individually; CARY MANO, individually; JOSE MARTINEZ, individually; GRAY MAYNARD, individually; ROBERT L. MCGOVERN, individually; RUDY MORALES, individually; JORGE MORALES, individually; S.M., a minor child, by and through his father JORGE MORALES; KARLA MORENO, individually; CHRISTIAN MORIMANDO, individually; GLEN MORRIS, individually; LORENZO MUNIZ, individually; CHERYL NALLY, individually; MONICA BRANCH NOTO, individually; ABRAHAM ENRIQUE OLVERA, individually; BRENDA ALANIZ, as Guardian Ad Litem for ABRAHAM ENRIQUE OLVERA; BRUCE PARENT, individually; ANDREA PROKOVA, individually; CHERI RASMUSSEN, individually; JESCE RICHT,

2

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

individually; JUDITH RYERSON, as Special Administratix of the ESTATE OF KATHLEEN RYERSON and as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); RICHARD RYERSON, as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); PATRICIA SUTHERLAND, as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); JAZMIN SCHAFFER, individually; CANDICE SHARAPOV, individually; NIKOLAY SHARAPOV, individually; L.S., a minor child, by and through his parents CANDICE and NIKOLAY SHARAPOV; Z.S., a minor child, by and through her parents CANDICE and NIKOLAY SHARAPOV; CHRISTINA SOSA, individually; CAROLYN STRONG, individually; LI CHING TAO, individually; DANIEL TAYLOR, individually; JOSEPH TEGANO, individually; NATHAN VINCELETTE, individually; MONICA VOZZA, individually; STEVEN WADKINS, individually; DAISY WEI, individually; SANTEE WILLIAMS, individually; L.Y.W., a minor child by and through her mother SANTEE WILLIAMS; L.O.W., a minor child by and through her mother SANTEE WILLIAMS; BRANDY WREN, individually; CHRISTOPHER BRIAN WREN, individually; EMELY WREN, individually; C.N.W., a minor child by and through his Guardian Ad Litems CHRISTOPHER BRIAN and EMELY WREN; GRACIE ZIMMERMAN, individually, and DOES 1 through 100, inclusive,

Defendants.

Plaintiff Evanston Insurance Company ("Evanston") and Certain Personal Injury Plaintiffs or Claimants,[1] by and through their counsel of record hereby stipulate as follows:

---

[1] "Certain Personal Injury Plaintiffs" or "Claimants" means and refers to: Bryan Abele; Sandra Abele; T. Abele, a minor child, by and through his parents, Bryan and Sandra Abele; Brenda Alaniz, as Guardian Ad Litem for Abraham Olvera; Agnes Aleksander; Yvonne Arnone; Sylvia Atanasova; Richard Belsky; Stephen Bonnar; Andria Bordenave; Jereme Botiz; Monica Branch Noto; Miriam Brody; Hunter Brown; Pamela Brown; Sarah Cavolli (as an individual); Nicole Chang; Jenna Consiglio; Niegal Davis-Richard; James Delmar; Vanya Diaz; Estate of Milo Hurst; Kathleen Gacias; Matthew Gonzalez; Tina Hartshorn; Tiquionte Henry; James Hu; Myles Hunwardsen; Tevis Hurst, individually and as Administratrix of the Estate of Milo Hurst; Yaniv Ittah, as special administrator of the Estate of Adir Ittah (Decedent); Lorraine Kalayanaprapruit;

3

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

WHEREAS on April 15, 2026, Evanston filed in the above-captioned case a Motion Pursuant to Fed. R. Civ. P. 52(b), 59(e), and/or 60 to Amend or Grant Relief from Court Order Denying in part the Defendants' Motions to Dismiss and Granting Alternative Relief to Stay the Case ("Motion to Amend") (ECF 193);

WHEREAS, the Court has ordered that Claimants' Response to the Motion to Amend is due by April 29, 2026. (ECF 193);

WHEREAS, the Parties, by and through their respective counsel, have agreed to extend the deadline to respond to the Motion to Amend due to Claimants' counsel being in a trial in a different matter, and for other good cause;

WHEREAS, the Parties request that the date for Claimants' Response to the Motion to Amend be continued until **May 13, 2026**; and

WHEREAS, the Parties further request that the date for Evanston's Reply to the Motion to Amend similarly be continued until **May 27, 2026** to accommodate the Claimants' extended response deadline.

NOW, THEREFORE, Evanston and Claimants stipulate and agree to the following: (1) the deadline for Claimants to respond to Evanston's Motion to Amend is extended until May 13,

---

Kourosh Kaveh; L. Kaveh, a minor child, by and through her parents Kourosh Kaveh and Jill Raw; Ginger Land-Van Buuren; Vincent Linke; Cary Mano; Jose Martinez; Gray Maynard; Jorge Morales; S. Morales, a minor child, by and through his father Jorge Morales; Karla Moreno; Glen Morris; Lorenzo Muniz; Cheryl Nally; Abraham Olvera; Bruce Parent; Cheri Rasmussen; Jill Raw; Judith Ryerson, as Special Administratrix of the Estate of and as Heir of Kathleen Mustain Ryerson; Richard Ryerson, as Heir of Kathleen Mustain Ryerson; Jazmin Schaffer; Candice Sharapov; L. Sharapov, a minor child, by and through his parents Nikolay and Candice Sharapov; Nikolay Sharapov; Z. Sharapov, a minor child, by and through his parents Nikolay and Candice Sharapov; Christina Sosa; Carolyn Strong; Patricia Sutherland, as Heir of Kathleen Mustain Ryerson; Li Ching Tao; Daniel Taylor; Joseph Tegano; Monica Vozza; Steven Wadkins; Daisy Wei; L.O. Williams, a minor child by and through her mother Sante Williams; L.Y. Williams, a minor child by and through her mother Sante Williams; Sante Williams; Brandi Wren; C.N. Wren, a minor child by and through his Guardian Ad Litems Christopher Brian and Emely Wren; Christopher Brian Wren; Emely Wren.

2026; and (2) Evanston's Reply to its Motion to Amend is similarly extended until May 27, 2026. This is the Parties' first request for extension.

Evanston and Claimants respectfully request that the Court enter an Order in accordance with the forgoing.

**IT IS SO STIPULATED.**

DATED this 29ᵗʰ Day of April, 2026

**KEMP JONES, LLP**

/s/      Eric Pepperman
WILL KEMP, ESQ.,
Nevada Bar No. 1205
ERIC PEPPERMAN, ESQ.,
Nevada Bar No. 11679
BREANNA SWITZLER, ESQ.,
Nevada Bar No. 15653
3800 Howard Hughes Parkway, 17ᵗʰ Floor
Las Vegas, Nevada 89169
*Attorneys for Claimants*

DATED this 29ᵗʰ Day of April, 2026

**NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP**

/s/  Jeffery N. Labovitch
JEFFERY N. LABOVITCH, ESQ.,
Nevada Bar No. 10915
4225 Executive Square, Suite 1250
La Jolla, CA 92037
-and-
DICKENSON WRIGHT PLLC
Justin Bustos, Esq.
Nevada Bar No. 10320
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
*Attorneys for Evanston Insurance Company*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    April 30, 2026

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

5