JEFFREY N. LABOVITCH (SBN 10915)
jlabovitch@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4225 Executive Square, Suite 1250
La Jolla, CA 92037
Telephone: (858) 257-0700
Facsimile: (858) 257-0701

DAVID CHRISTIAN (*admitted pro hac vice*)
dchristian@dca.law
DAVID CHRISTIAN ATTORNEYS LLC
105 West Madison Street, Suite 2300
Chicago, Illinois 60602
Telephone: (312) 282-5282

JUSTIN J. BUSTOS (NBN 10320)
JBustos@dickinsonwright.com
DICKINSON WRIGHT PLLC
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Telephone: (775) 343-7500
Facsimile: (844) 670-6009

*Designated solely for personal service pursuant to District of Nevada LR IA 11-1(b)*

Attorneys for Plaintiff
EVANSTON INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EVANSTON INSURANCE COMPANY, a company organized under the laws of the State of Illinois,

Plaintiff,

vs.

AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation et al.,

Defendants.

Case No.: 2:25-cv-00670-CDS-EJY

**JOINT STATUS REPORT RE MEET AND CONFER AND REQUEST TO STAY DISCOVERY AND EXTEND DEADLINES FOR A DISCOVERY PLAN AND SCHEDULING ORDER**

Plaintiff-in-Interpleader Evanston Insurance Company ("Evanston"), and Defendants Certain Personal Injury Claimants,[1] Cindy Jones, Lisa King, KeHE Distributors of Nevada, LLC,

[1] Certain Personal Injury Claimants means: Bryan Abele, Sandra Abele, Agnes Aleksander, Yvonne Arnone, Sylvia Atansova, Richard Belsky, Stephan Bonnar, Andria Bordenave, Jereme Botiz, Miriam Brody, Hunter Brown, Pamela Brown, C.N.W., a minor child, Sarah Callovi, Nicole Chang, Li Ching Tao, Jenna Consiglio, Niegal Davis-Richard, James J. Delmar, Vanya Diaz, Estate of Milo Hurst, Kathleen Gacias, Matthew Gonzalez, Tina Hartshorn, Tiquionte Henry, James Hu, Myles Hunwardsen, Tevis Hurst, Yaniv Ittah, Lorraine A Kalayanaprapruit, Kourosh

KeHE Distributors, Inc. and Costco Wholesale Corporation (collectively referred to herein as "Defendants" and together with Evanston the "Parties"), by and through their attorneys of record, hereby stipulate and agree and therefore move for an order as follows:

WHEREAS, pursuant to this Court's July 24, 2026 Minute Order ("July 2026 Order"), the Court lifted the stay of discovery and further ordered "that the parties must meet and confer regarding establishing a proposed discovery plan and scheduling order no later than August 14, 2026, and file a proposed stipulated discovery plan and scheduling order no later than August 28, 2026" (ECF No. 226);

WHEREAS, on August 13, 2026, the Parties through counsel met and conferred via video conference to discuss the topics addressed in the July 2026 Order ("Meet and Confer Conference");

WHEREAS, during the Meet and Confer Conference, Evanston indicated its intent to file a motion for interpleader discharge ("Discharge Motion") in the above-captioned matter;

WHEREAS, in light of Evanston's intent to file the Discharge Motion, the Parties agree that a stay of discovery is warranted until after this Court rules on the Discharge Motion and, therefore, this Court should continue the deadlines set by the July 2026 Order until a certain time after the Discharge Motion is ruled upon; and,

WHEREAS, this is the Parties' first stipulation for a stay of discovery and extension of time to comply with the July 2026 Order.

NOW, THEREFORE, Evanston and the Defendants stipulate and agree to the following:

1. Considering Evanston's intent to file a Discharge Motion, a stay of discovery is warranted until after this Court rules on the Discharge Motion; and,

---

Kaveh, L.K., a minor child,, L.O.W., a minor child, L.S. a minor child, L.Y.W., a minor child, Ginger Land-Van Buren, Vincent Linke, Cary Mano, Jose Martinez, Gray Maynard, Jorge Morales, Karla Moreno, Glen Morris, Lorenzo Muniz, Cheryl Nally, Monica Branch Noto, Abraham Enrique Olvera, Bruce Parent, Cheri Rasmussen, Jill Raw, Judith Ryerson, Richard Ryerson, S.M. a minor child, Jazmin Schaffer, Candice Sharapov, Nikolay Sharapov, Christina Sosa, Carolyn Strong, Patricia Sutherland, T.A., a minor child, Daniel Taylor, Joseph Tegano, Monica Vozza, Steven Wadkins, Daisy Wei, Santee Williams, Christopher Brian Wren, Emely Wren, Brandy Wren, Z.S. a minor child.

2. The deadlines set forth in the Court's July 2026 Order requiring the Parties to meet and confer and propose a discovery plan and scheduling order shall be stayed and recalculated upon the final disposition of Evanston's Discharge Motion.

Evanston and the Defendants respectfully request that the Court enter an Order in accordance with the foregoing:

**IT IS SO STIPULATED**

Dated: August 24, 2026

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP

By: *_/s/ Jeffrey N. Labovitch_*
Jeffrey N. Labovitch
Attorney for Plaintiff
EVANSTON INSURANCE COMPANY

Dated: August 24, 2026

KEMP, JONES & COULTHARD, LLP

By: *_/s/ Eric Pepperman_*
Eric Pepperman
Attorney for Defendants
Certain Personal Injury Claimants

Dated: August 24, 2026

MADDOX & CISNEROS, LLP

By: *_/s/ Barbara M. McDonald_*
Barbara M. McDonald
Attorney for Defendant
CINDY JONES

Dated: August 24, 2026

EGLET LAW

By: *_/s/ Erica Entsminger_*
Erica Entsminger
Attorney for Defendant
LISA KING

Dated: August 24, 2026

HUTCHISON & STEFFEN, LLC

By: */s/ Jeffrey R. Hall*
Jeffrey R Hall
Attorney for Defendants
KEHE DISTRIBUTORS OF NEVADA, LLC
AND KEHE DISTRIBUTORS, INC.

Dated: August 24, 2026

WOMBLE BOND DICKINSON (US) LLP

By: */s/ J Christopher Jorgensen*
J Christopher Jorgensen
Attorney for Defendant
COSTCO WHOLESALE CORPORATION

IT IS SO ORDERED; provided, however, a document submitted to the Court seeking a form of relief must be styled as a Motion, Unopposed Motion, or Stipulation; not a Notice.

Elayna J. Youchah

U.S. MAGISTRATE JUDGE, ELAYNA J. YOUCHAH

DATED: August 24, 2026